UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY E. HISSONG, SR., ) | 1:12-cv—01496-SKO-HC |
| ) | |
| Petitioner, ) | ORDER TO PETITIONER TO SIGN AND |
| ) | RETURN THE CONSENT OR DECLINE |
| ) | FORM WITHIN TWENTY-ONE (21) DAYS |
| v. ) | OF SERVICE, OR FACE DISMISSAL OF |
| ) | THE ACTION WITHOUT PREJUDICE FOR |
| STATE OF CALIFORNIA, ) | PETITIONER'S FAILURE TO COMPLY |
| ) | WITH A COURT ORDER (DOCS. 3, 5) |
| Respondent. ) | |
| ) | ORDER TO THE CLERK TO SEND TO |
| ) | PETITIONER WITH THIS ORDER |
| | ANOTHER ORDER RE: CONSENT OR |
| | REQUEST FOR REASSIGNMENT |
| | |
| | <u>PETITIONER'S DEADLINE:</u> |
| | <u>TWENTY-ONE (21) DAYS AFTER THE</u> |
| | <u>DATE OF SERVICE OF THIS ORDER</u> |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b)(1) and Local Rules 302 and 304.  Pending before the Court is the petition filed on September 13, 2012, and the Court's order of December 11, 2012, which directed Petitioner to indicate whether or not Petitioner consented to the jurisdiction of the Magistrate Judge.

1

I.  <u>Background</u>

The Court's December order was the Court's second order requiring Petitioner to indicate consent or lack of consent; Petitioner failed to respond to a previous order that issued on September 14, 2012.  On that same day, both the orders were served by mail on Petitioner at the address listed in the docket. Each order informed Petitioner that the form must be completed and returned regardless of the choice exercised by any other party.  (Doc. 5-1 at 1; doc. 7.)

II.  <u>Order to Complete Form or Suffer Dismissal of the Proceeding</u>

Petitioner has failed to comply with the Court's repeated orders to complete and sign a form concerning consent or request for reassignment.

A failure to comply with an order of the Court may result in sanctions, including dismissal, pursuant to the inherent power of the Court, federal statute, and the Federal Rules of Civil Procedure.  Fed. R. Civ. P. 41(b), 11; Local Rule 110; <u>Chambers v. NASCO, Inc.</u>, 501 U.S. 31, 42-43 (1991).

Petitioner is being provided one more opportunity to complete and sign one section of the consent form and to return the form to the Court.  Petitioner is INFORMED that if he fails to complete, sign, and return the form within twenty-one days after service of this order, the instant proceeding will be dismissed without prejudice for Petitioner's failure to comply with an order of the Court.

Accordingly, it is hereby ORDERED that Petitioner is GRANTED twenty-one (21) days from the date of service of this order to

2

complete, sign, and return the consent or decline portion of the Court's order re: consent or request for reassignment.

The Clerk is DIRECTED to send to Petitioner with this order another order re: consent or request for reassignment.

IT IS SO ORDERED.

**Dated:   January 23, 2013**               /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE